Case 1:15-cr-00082-TCB-LTW   Document 11   Filed 03/11/15   Page 1 of 1

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 1 1 2015

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2013R01332)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Fulton

DISTRICT COURT NO.   **1:15-CR-0082**

UNDER SEAL

MAGISTRATE CASE NO.

X Indictment                    Information                        Magistrate's Complaint
DATE: March 11, 2015            DATE:                              DATE:

UNITED STATES OF AMERICA          | SUPERSEDING INDICTMENT
vs.                                | Prior Case Number:
ANGELA L. WILLIAMS                 | Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?   X Yes   No
Is the defendant in custody on this charge or other conviction?   On another conviction
Is the defendant awaiting trial on other charges?   X Yes   No
   Other charges: State
   Name of institution:  Mississippi Department of Corrections, Central Mississippi Correctional Facility

District Judge:

Attorney: Stephen H. McClain
Defense Attorney: