AO 442 (12/85) Warrant for Arrest

9754824


~~SEALED~~

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

v.

ANGELA L. WILLIAMS,
Inmate No. 195104
**Warrant Issued as Detainer**

**WARRANT FOR ARREST**

CASE NO. 1:15-CR-0082

To:   The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ANGELA L. WILLIAMS and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy

in violation of **Title 42, United States Code, Section 408(a)(7)(B)**

JAMES N. HATTEN
Name of Issuing Officer

*B Marr* (signature)
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

March 11, 2015 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JUN 03 2015
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

5/27/15 Returned unexecuted in lieu of writ from MS

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer

# 18338-043

MAR11'15 PM 3:45 USMS NGA